United States District Court
Southern District of Texas
**ENTERED**
May 20, 2024
Nathan Ochsner, Clerk

**UNITED STATES DISTRICT COURT**
**SOUTHERN DISTRICT OF TEXAS**
**HOUSTON DIVISION**

| | | |
|---|---|---|
| **KENDRICK V. WILLIAMS,** | § | CASE NO. 4:22-cv-01992 |
| Individually and on behalf of others | § | |
| similarly situated, | § | **FLSA COLLECTIVE ACTION** |
| | § | |
| v. | § | |
| | § | |
| **WOOD GROUP** | § | |

## AGREED ORDER GRANTING MOTION FOR APPROVAL OF SETTLEMENT AND DISMISSAL WITH PREJUDICE

BEFORE THE COURT is the Parties' Joint Motion for Approval of Settlement and Dismissal With Prejudice. Plaintiff Kendrick Williams ("Plaintiff" or "Williams") and Defendant Wood Group ("Defendant" or "Wood Group") (collectively, the "Parties") have arrived at a settlement and have requested court approval of their Settlement Agreement. The Court has reviewed the proposed Settlement Agreement and the Court finds that the settlement memorialized in the Settlement Agreement is fair and reasonable and resolves a *bona fide* dispute between the Parties under the Fair Labor Standards Act.

It is therefore **ORDERED** that the Parties' Joint Motion for Approval of Settlement is hereby **GRANTED** and the Settlement Agreement is **APPROVED**.

It is further **ORDERED** that this case and all claims asserted in this case by Plaintiff are **DISMISSED WITH PREJUDICE**, each Party to bear its own costs.

It is so **ORDERED**.

SIGNED this ____20th____ day of ____May____, 2024.

_Drew B Tipton_
JUDGE PRESIDING